**Name:** Julie Marie Oakleaf aka John

**Address:** 10 McGregor Range Road, Chaparral NM 88081

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2015 MAR 13 PM 3:42
CLERK - LAS CRUCES

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Julie Marie aka John, **Plaintiff**
(Full Name)

v.

Warden Frawner, **Defendant(s)**
Ms Imbrahim

**CASE NO.** 15-220 RB/SMV
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983**

## A. JURISDICTION

1) Julie Marie aka John, (Plaintiff), is a citizen of New Mexico (State) who presently resides at 10 McGregor Range Road, Chaparral NM 88081 (Mailing address or place of confinement).

2) Defendant Warden Frawner (Name of first defendant) is a citizen of Chaparral NM (City, State), and is employed as MTC (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☐  No ☒   If your answer is "Yes", briefly explain:

3) Defendant _Ms Ibrahim_ is a citizen of
   (Name of second defendant)
   _Chaparral NM_, and is employed as
   (City, State)
   _MTC_. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state.
   Yes ☐   No ☒   If your answer is "Yes", briefly explain:

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case. 8th Amendment violation by forcing me to live as a male when I am psychology a female. I have tried to show medical and mental health that without the right treatment that I am at risk of trying suicide or self-treatment such as casteration

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: Failure to Evaluate me when I had requested a evaluation. And my 8th Amendment

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved, State the facts clearly in your own words without citing leagl authority or argument.) When I have shown that I have a right to shower separately from the other inmates I was told I would have to get a court order and the person who told me that was the contract monitor Ms Cruz which violates prea's standars which covers transgender

B)(1) Count II: I was denied a Evaluation on the same day they recived the request which was on 9/3/14

(2) Supporting Facts: In the Diagnostic & Statistical Manual of Mental Disorders & the Merck Manual both consider Gender ~~total~~ Identity Disorder a serious health condition and failure to treat gender dysphoric inmates is a violation of the 8th Amendment.

C)(1) Count III: I was denied female undergarment that I can be allowed as well as The Real Life Experience.

(2) Supporting Facts: On 6/21/14 I requested a bra & underwear and got denied on 6/23/14 saying they don't provide female underwear to males who has male genitales

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☑   No ☐   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit.
      Plaintiffs: John Oakleaf aka Julie Marie
      Defendants: Warden Frawner & The State of New Mexico

   b) Name of court and docket number: 12th District court D-1215-CV-2014-00124

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Still pending

   d) Issues raised: _____

e) Approximate date of filing lawsuit: Sept 8/2014

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☒  No ☐  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought. Through talking to staff to get the diagnoses and to be put on hormoes and got denied

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: To be put on Hormones, sex reassignment surgery, vocieial surgry, laser hair removeal, breast implants, and $1,000,000 ºº for pain and suffering. And a unconditional release

_____        John Oakleaf aka Julie Marie
Signature of Attorney (if any)       Signature of Petitioner

Attorney's full address and telephone number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____ on _____ 20___ .
　　　　　　　　　　　　(Location)　　　　　　　　　　　　(Date)


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　(Signature)

XE-2   2/78                                           - 6 -

Robert Coslo
George Range Road
Carlsbad NM 88081

US District Court

RECEIVED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 13 2015

MATTHEW J. DYKMAN
CLERK

First Class Mail
ComBasPrice