## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JOHN OAKLEAF,**

      **Plaintiff,**

**v.**                                                **No. 15-cv-0220 RB/SMV**

**FNU FRAWNER**
**and FNU IMBRAHIM,**

      **Defendants.**

## <u>ORDER TO CURE DEFICIENCY</u>

Plaintiff submitted a civil rights complaint on March 13, 2015.  [Doc. 1].  Plaintiff filed an Application to Proceed in District Court without Prepaying Fees or Costs the same day. [Doc. 2].  The Court determines that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs is **missing the required certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing**.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff is directed to cure this deficiency if he wishes to pursue his claims. Failure to cure this deficiency within **30 days** from entry of this order may result in dismissal of this action without further notice.   Papers that Plaintiff files in response to this order must include the civil action number (15-cv-0220 RB/SMV) of this case.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiency designated above within **30 days** from the date of this order.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**