IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN OAKLEAF,

    Plaintiff,[1]

v.                                                                                   No. 15-cv-0220 RB/SMV

**FNU FRAWNER**
**and FNU IBRAHIM,**

    Defendants.[2]

## ORDER

THIS MATTER is before the Court sua sponte, under 28 U.S.C. § 1915(e)(2) and (d) and Rule 4 of the Federal Rules of Civil Procedure, on Plaintiff's Amended Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 [Doc. 14]. Plaintiff is incarcerated, appears pro se, and is proceeding pursuant to 28 U.S.C. § 1915. It appears to the Court that notice and waiver of service forms should be issued for Defendants.

**IT IS THEREFORE ORDERED** that the Clerk issue notice and waiver of service forms, with copies of the Amended Civil Rights Complaint [Doc. 14] and this Order, to Defendants Frawner and Ibrahim at the Otero County Prison Facility.

**IT IS SO ORDERED.**

                                                                  */s/ signature*
                                            **STEPHAN M. VIDMAR**
                                            **United States Magistrate Judge**

---

[1] Plaintiff identifies as female and prefers the name Julie Marie Oakleaf. [Doc. 1]. Accordingly, the Court will refer to Plaintiff as "she" or "her."

[2] In her Amended Civil Rights Complaint, Plaintiff changes the spelling of Defendant Imbrahim, *see* [Doc. 1], to Defendant Ibrahim. [Doc. 14]. The caption is amended to reflect the amended spelling.