IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN OAKLEAF,

    Plaintiff,[1]

v.                                                                                No. 15-cv-0220 RB/SMV

FNU FRAWNER
and FNU IBRAHIM,

    Defendants.[2]

### ORDER FOR PERSONAL SERVICE OF PROCESS

THIS MATTER is before the Court sua sponte pursuant to 28 U.S.C. § 1915(d) and Rule 4(c), (d) of the Federal Rules of Civil Procedure. Plaintiff is proceeding under § 1915, and it appears to the Court that personal service of the summons and complaint on Defendants Warden Frawner and Counselor Ibrahim is required in this matter. *See* Fed. R. Civ. P. 4(c)(3), (d)(2). Under Rule 4(d)(2), the Court must impose costs of service on a Defendant who, without good cause, does not comply with a request to waive service.

**IT IS THEREFORE ORDERED** that the Clerk issue summonses for Defendants Frawner and Ibrahim, and the U.S. Marshal must serve the summonses with copies of this Order and the Complaint [Docs. 1, 14] personally on Defendants Frawner and Ibrahim as directed by the Clerk. The service of the summonses and complaint shall be at no cost to the Plaintiff.

                                                                _____
                                                                **STEPHAN M. VIDMAR**
                                                                **United States Magistrate Judge**

---

[1] Plaintiff identifies as female and prefers the name Julie Marie Oakleaf. [Doc. 1]. Accordingly, the Court will refer to Plaintiff as "she" or "her."

[2] In her Amended Civil Rights Complaint, Plaintiff changes the spelling of Defendant Imbrahim, *see* [Doc. 1], to Defendant Ibrahim. [Doc. 14]. The caption is amended to reflect the amended spelling.