IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN OAKLEAF,

    Plaintiff,[1]

v.                                 No. 15-cv-0220 RB/SMV

FNU FRAWNER
and FNU IBRAHIM,

    Defendants.[2]

### ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

THIS MATTER is before the Court on Plaintiff's Motion for Default Judgment [Doc. 25], filed on December 16, 2015.  Plaintiff claims damages totaling $300,000 and asks that the Court enter judgment in that amount.  However, default has not been entered, and Defendants have since filed their Answer on December 17, 2015, [Doc. 26].  Thus, default judgment is not appropriate.  *See* Fed. R. Civ. P. 55; *see generally* 42 U.S.C. § 1997e(g) (default judgment is not available in prisoner civil rights actions).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Default Judgment [Doc. 25] is **DENIED**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] Plaintiff identifies as female and prefers the name Julie Marie Oakleaf.  [Doc. 1].  Accordingly, the Court will refer to Plaintiff as "she" or "her."

[2] In her Amended Civil Rights Complaint, Plaintiff changes the spelling of Defendant Imbrahim, *see* [Doc. 1], to Defendant Ibrahim.  [Doc. 14].  The caption is amended to reflect the amended spelling.