IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN OAKLEAF,

    Plaintiff,[1]

v.                                                        No. 15-cv-0220 RB/SMV

FNU FRAWNER
and FNU IBRAHIM,

    Defendants.

**ORDER SETTING IN-PERSON STATUS CONFERENCE**

**Date and time**:    October 11, 2016, at 2:30 p.m.

**Location**:    Rio Grande Courtroom
                    Pete V. Domenici United States Courthouse
                    333 Lomas Boulevard Northwest
                    Albuquerque, New Mexico

**Matter to be heard**:  Status Conference

**IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**

---

[1] Plaintiff identifies as female and prefers the name Julie Marie Oakleaf. [Doc. 1]. Accordingly, the Court refers to Plaintiff as "she" or "her."